UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RONALD W. GROVOGEL,

      Plaintiff,

v.               Case No. 16-cv-1274-pp

KAREN BUTLER,

      Defendant.

---

**ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY OCTOBER 11, 2019**

---

  On July 19, 2019, the defendant filed a motion for summary judgment. Dkt. No. 35. The defendant filed a certificate of service, indicating that she mailed copies of the motion, brief and supporting documents to the plaintiff on the same day. Dkt. No. 35-1. In the scheduling order it issued on December 20, 2018, the court ordered that a party opposing a motion for summary judgment had to file his response within thirty days of the date the motion was served, dkt. no. 29); in this case, the plaintiff's response was due around August 18, 2019.

  It is the plaintiff's obligation to keep up with the deadlines, and to comply with them. Because the plaintiff has not responded to the motion for summary judgment, the court does not know whether he wants to continue with his case, or whether he disagrees with the defendants.

  The court will give the plaintiff a final opportunity to respond to the defendant's motion for summary judgment. If the plaintiff does not file a

1

response by the deadline the court sets below, the court will dismiss his case with prejudice for his failure to diligently pursue it.

The court **ORDERS** that the plaintiff must file his response to the defendant's motion for summary judgment in time for the court to receive it by the end of the day on **Friday, October 11, 2019**. If the court does not receive the plaintiff's response, or an explanation giving good cause for his failure to file a response, in time for the court to receive it by the end of the day on October 11, 2019, the court will dismiss this case under Civil Local Rule 41(c) (E.D. Wis.) for the plaintiff's failure to diligently pursue it.

Dated in Milwaukee, Wisconsin this 6th day of September, 2019.

                            **BY THE COURT:**

                            _____
                            **HON. PAMELA PEPPER**
                            **United States District Judge**